David M. Sturman, SB #89393
16530 Ventura Blvd., Suite 312
Encino, CA 91436
Tel: (818) 907-0777
Fax: (818) 907-0039
Email: david@davidsturman.com
Attorney for Plaintiff

FILED
12 SEP 12 AM 11: 21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOBLE HOUSE, INC.<br><br>PLAINTIFF,<br><br>vs.<br><br>MARILYN WILES, DIRECTOR, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, NEBRASKA SERVICE CENTER; ALEJANDRO MAYORKAS, DIRECTOR, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>DEFENDANTS. | Case No: CV12-07816 PA(RZx)<br><br>COMPLAINT FOR DECLARATORY RELIEF |

The Plaintiff alleges:

## I. PARTIES

**Plaintiff**

1. Noble House, Inc. (hereinafter referred to as "Plaintiff"), is a California Corporation located and doing business in Santa Fe Springs, Los Angeles County, California.

**Defendants**

2. Defendant Marilyn P. Wiles is sued in her official capacity as the Director of the U.S. Citizenship and Immigration Services, ("USCIS") Nebraska Service Center. As the Director of

-1-

the USCIS Nebraska Service Center Ms. Wiles is responsible for the overall administration of the USCIS Nebraska Service Center and has jurisdiction over the petition at issue in the instant case.

3. Defendant Alejandro Mayorkas is sued in his official capacity as the Director of USCIS, an agency within the U.S. Department of Homeland Security. As the Director of the USCIS, Mr. Mayorkas is responsible for the overall administration of USCIS and implementation of the immigration laws of the United States.

4. The USCIS is the federal agency within the United States Department of Homeland Security that is required under the law to supervise, implement and interpret the Immigration and Nationality Act, hereinafter "INA". The USCIS is designated by statute to grant or deny any application or petition submitted to it relating to the relief requested by the Plaintiff. The Defendant's principal office with jurisdiction over the immigration petition that is the basis of this action is P.O. Box 82521, Lincoln, Nebraska 68501-2521, and street address, 850 S Street, Lincoln, Nebraska 68508.

## II. JURISDICTION AND VENUE

5. Jurisdiction of this court is invoked pursuant to 28 U.S.C. §1331, this being an action which arises under the Constitution and laws of the United States, specifically the Immigration and Nationality Act, 8 U.S.C. §§1151-1537, pursuant to 28 U.S.C. §2201, this being an action for declaratory relief and 5 § U.S.C. 702 and 5 U.S.C. §706 of the Administrative Procedure Act. Plaintiff alleges eligibility for payment of reasonable attorney's fees under the terms of the Equal Access to Justice Act, 28 U.S.C. §2412.

6. Venue properly lies in this Court pursuant to the provisions of 28 U.S.C. §1391(e), as Defendant is located in, doing business in, and operating within this district and Plaintiff resides and does business in this district. Plaintiff has exhausted all avenues of administrative relief and this

matter is ripe for adjudication by this Court.

## III. STATEMENT OF FACTS

7.  Plaintiff is California Corporation engaged in the business of importation, distribution and sale of rugs, furnishings and related products.

8.  On December 15, 2009, Plaintiff duly filed with Defendants a form I-140, Petition for Immigrant Worker on behalf of Anoop K. Baranwal, ("Beneficiary") seeking to accord Mr. Baranwal status as an immigrant worker defined at INA Section 203(b) (1) (C), 8 U.S.C.1153 (b) (1) (C), based upon a job offer to continue to employ Mr. Baranwal as the Plaintiff's President.

9.  On March 12, 2010, the Defendants issued a limited Request For Evidence, ("RFE") seeking further description of the duties performed by Mr. Baranwal at the Plaintiff's subsidiary abroad before entering the U.S. The Request for Evidence also sought a more detailed description of the job duties of Mr. Baranwal's subordinate employees in the U.S. and in the subsidiary abroad.

10. On April 22, 2010, the Plaintiff timely and fully responded to the RFE explaining in detail the duties of both Mr. Baranwal and his subordinate employees both in the U.S. and in the subsidiary abroad. The response also provided all documents requested by the RFE. The response stressed that Mr. Baranwal was not directly involved in the operations, sales, or shipping conducted by the Plaintiff but that Mr. Baranwal fills an executive and managerial function directing operations through subordinate staff.

11. On October 20, 2010, the Defendants denied the I-140 Immigrant Visa Petition concluding that Plaintiff failed to demonstrate the Mr. Baranwal will be employed primarily in the U.S. in a managerial or executive capacity. The decision found that a preponderance of Mr. Baranwal's duties will be devoted to directly providing the products and services of the business in the U.S.

12. On November 16, 2010, Plaintiff filed a timely appeal of the October 20, 2010 decision of Defendants with the Administrative Appeals Office of Defendant USCIS.

13. On July 26, 2012, the Administrative Appeals Office of the USCIS dismissed the appeal. The dismissal constituted a final administrative decision.

14. The Plaintiff has exhausted all administrative forms of relief as there is no further administrative appeal required as set forth in <u>Darby v. Cisneros</u>, 509 U.S. 137, 154, 113 S. Ct. 2549, 125 L. Ed. 2d 113 (1993) and <u>Chu Investment, Inc. v. Mukasey,</u> 256 Fed. Appx. 935; 2007 U.S. App. LEXIS 27851(June 8, 2007).

### IV. <u>FACTS IN SUPPORT OF DECLARATORY RELIEF</u>

15. Plaintiff re-alleges and incorporates by reference the factual allegations set forth in paragraphs 1 to 14, inclusive of this complaint as though fully set forth herein.

16. An actual controversy exists between the parties relating to qualifications of the I-140 petition filed by Plaintiff for the benefits of an immigrant visa under INA Section 203(b)(1)(C), 8 U.S.C.1153(b)(1)(C), and relating to Mr. Baranwal's eligibility for classification as an international manager or executive pursuant to INA Section 203(b)(1)(C), 8 U.S.C.1153(b)(1)(C). Plaintiff contends that the I-140 immigrant visa petition filed for Mr. Baranwal was improperly and illegally denied and Defendants contend that the I-140 petition was properly and legally denied.

17. To qualify for an immigrant visa under INA Section 203(b)(1)(C), 8 U.S.C.1153(b)(1)(C), the petitioner must prove that the beneficiary has been employed abroad at an affiliate or subsidiary as a manager or executive and that he will be employed with the petitioner in the U.S. primarily as a manager or executive.

18. The position of President and its specific job duties offered by Plaintiff on the form I-140 filed with Defendants satisfies the requirements of INA Section 203(b)(1)(C), 8 U.S.C.1153(b)(1)(C), because it is a managerial or executive position and the duties of Mr. Baranwal are primarily managerial or executive in nature.

19.   Defendants improperly and illegally denied the I-140 petition because they incorrectly and improperly found that Mr. Baranwal will not be employed by the Plaintiff in a qualifying managerial or executive capacity as defined by INA Section 203(b)(1)(C), 8 U.S.C.1153(b)(1)(C) and attendant regulations.

20.   The Defendants failed to consider all the facts and evidence submitted by Plaintiff with the I-140 petition and more specifically failed to consider all the facts and evidence submitted in Plaintiff's response to the Request for Evidence issued by Defendants and otherwise ignored evidence that supported the bona fides of the petition.

21.   Therefore a declaratory judgment is necessary to determine if the Defendants' denial of the I-140 petition is appropriate and to determine the rights of the parties.

## V. CAUSE OF ACTION

Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1 to 21, inclusive, as if fully set forth herein.

22.   Plaintiff has suffered a "legal wrong" or has been adversely affected or aggrieved by Defendants' actions. 5 U.S.C. §702. By denying Plaintiff's properly filed petition, Defendants preclude the Plaintiff's ability to permanently employ Mr. Baranwal in the U.S. or to obtain his lawful permanent residence.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1.   Assume jurisdiction over the matter;

2.   Declare that the denial of the I-140 Immigrant Visa Petition filed by Plaintiff is improper, contrary to law, and/or arbitrary and capricious in that Defendants misinterpreted and misapplied the law and facts.

3.   Declare that the position offered in the I-140 petition filed by Plaintiff is a that of a

manager or executive as those terms are defined in INA Section 203(b)(1)(C), 8 U.S.C.1153(b)(1)(C), and attendant regulations.

4. Order Defendants to re-adjudicate and approve the I-140 petition, *nunc pro tunc* to the date of filing of the petition.

5. Award reasonable attorneys' fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), 5 U.S.C. §504, or any other applicable law; and

7. Grant any and all further relief as this Court deems just and appropriate.

Dated: 9/12/12

Respectfully submitted,

_____
David M. Sturman
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

## CV12- 7816 PA (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [✓] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

David M. Sturman, SB #89393
16530 Ventura Blvd.,
Suite 312, Encino, CA 91436
Tel: (818) 907-0777
Fax: (818) 907-0039
Email: david@davidsturman.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Noble House, Inc.<br><br>PLAINTIFF(S)<br>v.<br><br>Marilyn Wiles, Director, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, Nebraska Service Center; Alejandro Mayorkas, Director, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services    DEFENDANT(S). | CASE NUMBER<br><br>**CV12-07816 PA(RZx)**<br><br>SUMMONS |
|---|---|

TO: DEFENDANT(S): Marilyn Wiles, Director, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, Nebraska Service Center; Alejandro Mayorkas, Director, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, David M. Sturman_____, whose address is 16530 Ventura Blvd., Suite 312, Encino, CA 91436_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: SEP 1 2 2012

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)    SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Noble House, Inc.

**DEFENDANTS**
MARILYN WILES, DIRECTOR, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, NEBRASKA SERVICE CENTER; ALEJANDRO MAYORKAS, DIRECTOR, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
David M. Sturman, SB #89393
16530 Ventura Blvd., Suite 312, Encino, CA 91436
Tel: (818) 907-0777  Fax: (818) 907-0039  Email: david@davidsturman.com

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☑ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No     ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Complaint for Declaratory Relief

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☑ 465 Other Immigration Actions

**TORTS - PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE / PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety /Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

CV12-07816

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☑ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_  Date  9/12/12

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |