UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7816 PA (RZx) | Date | January 3, 2013 |
|---|---|---|---|
| Title | Noble House, Inc. v. Marilyn Wiles, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS

The Court has received the parties' Joint 26(f) Report and finds that a Scheduling Conference is not necessary. The Scheduling Conference currently on calendar for Monday, January 14, 2013 at 10:30 a.m., is hereby vacated, and the matter taken off calendar.

Plaintiff's Complaint alleges a claim pursuant to the Administrative Procedures Act ("APA"), 5 U.S.C. § 702. Specifically, plaintiff challenges the Government's denial of its request for an I-140 Immigrant Visa Petition pursuant to 8 U.S.C. § 1153(b)(1)(C). As a claim arising under the APA, the Court's review is confined to the administrative record. See Lands Council v. Powell, 395 F.3d 1019, 1030 (9th Cir. 2005) ("In limited circumstances, district courts are permitted to admit extra-record evidence: (1) if admission is necessary to determine 'whether the agency has considered all relevant factors and has explained its decision,' (2) if 'the agency has relied on documents not in the record,' (3) 'when supplementing the record is necessary to explain technical terms or complex subject matter,' or (4) 'when plaintiffs make a showing of agency bad faith.' These limited exceptions operate to identify and plug holes in the administrative record. Though widely accepted, these exceptions are narrowly construed and applied.") (citations omitted).

In cases involving the review of an administrative record, the Court ordinarily conducts a court trial rather than entertain cross-motions for summary judgment. Accordingly, the Court waives the ordinary pretrial requirements and instead establishes the following pretrial procedures and dates:

| | |
|---|---|
| File Administrative Record | February 11, 2013 |
| Last day to hear Motion for Leave to Conduct Limited Discovery | April 1, 2013 |
| Last day to hear Motion to Augment the Administrative Record | April 1, 2013 |
| Last day to hear Motion for Summary Judgment[1/] | May 13, 2013 |
| File Opening Trial Briefs | May 27, 2013 |

---

[1/]   Only applicable if the parties agree to: (1) a joint statement of facts; (2) the standard of review; and (3) the contents of the administrative record. The parties need not file Trial Briefs if they agree that the case may be disposed of through a motion for summary judgment.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7816 PA (RZx) | Date | January 3, 2013 |
|---|---|---|---|
| Title | Noble House, Inc. v. Marilyn Wiles, et al. | | |

| | |
|---|---|
| File Responsive Trial Briefs | June 10, 2013 |
| File and exchange Proposed Findings of Fact and Conclusions of Law | June 24, 2013 |
| Last day to conduct Settlement Conference | July 1, 2013 |
| File and serve Underlined Findings of Fact and Conclusions of Law | July 1, 2013 |
| Last day to file Status Report Regarding Settlement | July 1, 2013 |
| Trial | July 16, 2013 |

    Additionally, the Court refers the parties to the Attorney Settlement Officer Panel for a Local Civil Rule 16-15 Settlement Conference.  Within ten (10) days, the parties shall: obtain the consent of the Attorney Settlement Officer who will conduct the settlement conference; notify the Attorney Settlement Officer Panel Coordinator (at 213-894-1215) of the consent; and file form ADR-2, Stipulation Regarding Selection of Attorney Settlement Officer.  If the parties have not selected and obtained the consent of an Attorney Settlement Officer within ten (10) days, one shall be randomly assigned by the Attorney Settlement Officer Panel Coordinator appointed by the Court.  Forms and a list of Attorney Settlement Officers are available on the court's website located at www.cacd.uscourts.gov.

    Trial will begin at 9:00 a.m.  Opening Trial Briefs and briefs in support of and in opposition to motions shall not exceed 25 pages.  Responsive Trial Briefs and replies shall not exceed 13 pages.  Only in rare instances and for good cause shown will the Court grant an application to extend these page limitations.

    In cases which proceed to trial, all counsel are to prepare and file proposed findings of fact and conclusions of law.  The findings of fact should include citations to the appropriate page of the administrative record for each proposed fact.  The findings of fact and conclusions of law are to be filed with the Court and served on or before the due date for the filing and exchange of the proposed findings of fact and conclusions of law.  In addition to filing their proposed finding of fact and conclusions of law, the parties should exchange electronic versions of their respective proposed findings of fact and conclusions of law and also e-mail these proposed findings of fact and conclusions of law in WordPerfect format (WordPerfect 7.0 or later versions) or Microsoft Word (Word 2003 or later versions) to the Court's ECF e-mail address.  Upon receiving these proposed findings of fact and conclusions of law from opposing counsel, each party shall:

    (A)    Underline or highlight in red those portions which it disputes.
    (B)    Underline or highlight in blue those portions which it admits.
    (C)    Underline or highlight in yellow those portions which it does not dispute but deems irrelevant.

    Counsel are advised that they need not come to a uniform conclusion as to the entire proposed finding or, indeed, an entire sentence within a proposed finding.  They may agree with part of it, disagree with part of it and/or consider a portion of it irrelevant.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7816 PA (RZx) | Date | January 3, 2013 |
|---|---|---|---|
| Title | Noble House, Inc. v. Marilyn Wiles, et al. | | |

  Upon completion of the foregoing, each counsel shall then file and serve their respective objections to the other party's proposed findings of fact and conclusions of law on or before the due date for the filing of the underlined findings of fact and conclusions of law.

  The Court refers the parties to the Attorney Settlement Officer Panel for a Local Civil Rule 16-15 Settlement Conference. Within ten (10) days, the parties shall: obtain the consent of the Attorney Settlement Officer who will conduct the settlement conference; notify the ADR Program Office (at 213-894-2993) of the consent; and file form ADR-2, Stipulation Regarding Selection of Attorney Settlement Officer. If the parties have not selected and obtained the consent of an Attorney Settlement Officer within ten (10) days, the parties shall immediately notify the ADR Program Office of their inability to agree upon an Attorney Settlement Officer and one shall be randomly assigned by the ADR Program Office. Forms and a list of Attorney Settlement Officers are available on the court's website located at www.cacd.uscourts.gov. Alternatively, the parties may agree to utilize the services of a private mediator. If the parties elect to use a private mediator, the parties shall file within ten (10) days a notice of election to use a private mediator identifying the parties' mediator.

  IT IS SO ORDERED.

cc: ADR Manager