JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOBLE HOUSE, INC., | CV 12-7816 PA (RZx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MARILYN WILES, Director, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, Nebraska Service Center; ALEJANDRO MAYORKAS, Director, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, | |
| Defendants. | |

Pursuant to the Court's Findings of Fact and Conclusions of Law issued on March 19, 2013,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Marilyn Wiles, Director, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, Nebraska Service Center, and Alejandro Mayorkas, Director, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services (collectively "Defendants") shall have judgment in her favor against plaintiff Noble House, Inc. ("Plaintiff").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

DATED: March 19, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE